

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul E. Budlow*
*Assistant United States Attorney*
*Paul.Budlow@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4917*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

October 3, 2014

Timothy A. Cook
101 Thomas Street
Bel Air, Maryland 21014

Re:     United States v. Nicholas Pedone
        Criminal #: RDB-14-0373

Dear Mr. Cook:

        This letter, together with the Sealed Supplement, confirms the plea agreement which has been offered to the Defendant by the United States Attorney's Office for the District of Maryland ("this Office"). If the Defendant accepts this offer, please have him execute it in the spaces provided below. If this offer has not been accepted by Tuesday, October 7, 2014, at 5:00 p.m., it will be deemed withdrawn. The terms of the agreement are as follows: *P≠B    TAC
                                                                                                                                     NP.*

<u>**Offense of Conviction**</u>  *Count One of*

        1.      The Defendant agrees to plead guilty to the Indictment now pending against him, charging him with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2). The Defendant admits that he is, in fact, guilty of that offense and will so advise the Court.

<u>**Elements of the Offense**</u>

        2.      The elements of the offense to which the Defendant has agreed to plead guilty, and which this Office would prove if the case went to trial, are as follows:

        a.      That from on or about November 16, 2012 through December 6, 2013, in Maryland, the Defendant knowingly possessed and accessed a visual depiction with intent to view;

        b.      That the visual depiction was transported in or affecting interstate or foreign commerce or the visual depiction was produced using materials that had been transported in or affecting interstate or foreign commerce;

1

c.      That the visual depiction was of one or more prepubescent minors engaged in sexually explicit conduct; and

d.      That the Defendant knew of the sexually explicit nature of the material and that the visual depictions were of actual minors engaged in that sexually explicit conduct.

## Penalties

3.      (a) The maximum sentence provided by statute for the offenses to which the Defendant is pleading guilty is twenty (20) years imprisonment, followed by a term of supervised release of not more than life and a fine of $250,000. In addition, the Defendant must pay $100 as a special assessment pursuant to 18 U.S.C. § 3013, which will be due and should be paid at or before the time of sentencing. This Court may also order him to make restitution pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664. If a fine or restitution is imposed, it shall be payable immediately, unless, pursuant to 18 U.S.C. § 3572(d), the Court orders otherwise. The Defendant understands that if he serves a term of imprisonment, is released on supervised release, and then violates the conditions of his supervised release, his supervised release could be revoked - even on the last day of the term - and the Defendant could be returned to custody to serve another period of incarceration and a new term of supervised release. The Defendant understands that the Bureau of Prisons has sole discretion in designating the institution at which the Defendant will serve any term of imprisonment imposed.

(b)      The Defendant understands and agrees that as a consequence of his conviction for the crimes to which he is pleading guilty, he will be required to register as a sex offender in the place where he resides, where he is an employee, and where he is a student, pursuant to the Sex Offender Registration and Notification Act (SORNA), and the laws of the state of his residence. Failure to do so may subject him to new charges pursuant to 18 U.S.C. § 2250.

## Waiver of Rights

4.      The Defendant understands that by entering into this agreement, he surrenders certain rights as outlined below:

a.      If the Defendant had persisted in a plea of not guilty, he would have had the right to a speedy jury trial with the close assistance of competent counsel. That trial could be conducted by a judge, without a jury, if the Defendant, this Office, and the Court all agreed.

b.      If the Defendant elected a jury trial, the jury would be composed of twelve individuals selected from the community. Counsel and the Defendant would have the opportunity to challenge prospective jurors who demonstrated bias or who were otherwise unqualified, and would have the opportunity to strike a certain number of jurors peremptorily. All twelve jurors would have to agree unanimously before the Defendant could be found guilty of any count. The jury would be instructed that the Defendant was presumed to be innocent, and that presumption could be overcome only by proof beyond a reasonable doubt.

2

c.      If the Defendant went to trial, the government would have the burden of proving the Defendant guilty beyond a reasonable doubt. The Defendant would have the right to confront and cross-examine the government's witnesses. The Defendant would not have to present any defense witnesses or evidence whatsoever. If the Defendant wanted to call witnesses in his defense, however, he would have the subpoena power of the Court to compel the witnesses to attend.

d.      The Defendant would have the right to testify in his own defense if he so chose, and he would have the right to refuse to testify. If he chose not to testify, the Court could instruct the jury that they could not draw any adverse inference from his decision not to testify.

e.      If the Defendant were found guilty after a trial, he would have the right to appeal the verdict and the Court's pretrial and trial decisions on the admissibility of evidence to see if any errors were committed which would require a new trial or dismissal of the charges against him. By pleading guilty, the Defendant knowingly gives up the right to appeal the verdict and the Court's decisions.

f.      By pleading guilty, the Defendant will be giving up all of these rights, except the right, under the limited circumstances set forth in the "Waiver of Appeal" paragraph below, to appeal the sentence. By pleading guilty, the Defendant understands that he may have to answer the Court's questions both about the rights he is giving up and about the facts of his case. Any statements the Defendant makes during such a hearing would not be admissible against him during a trial except in a criminal proceeding for perjury or false statement.

g.      If the Court accepts the Defendant's plea of guilty, there will be no further trial or proceeding of any kind, and the Court will find him guilty.

h.      By pleading guilty, the Defendant will also be giving up certain valuable civil rights and may be subject to deportation or other loss of immigration status. The Defendant recognizes that if he is not a citizen of the United States, pleading guilty may have consequences with respect to his immigration status. Under federal law, conviction for a broad range of crimes can lead to adverse immigration consequences, including automatic removal from the United States. Removal and other immigration consequences are the subject of a separate proceeding, however, and the Defendant understands that no one, including his attorney or the Court, can predict with certainty the effect of a conviction on immigration status. Defendant nevertheless affirms that he wants to plead guilty regardless of any potential immigration consequences.

## Advisory Sentencing Guidelines Apply

5.      The Defendant understands that the Court will determine a sentencing guidelines range for this case (henceforth the "advisory guidelines range") pursuant to the Sentencing Reform Act of 1984 at 18 U.S.C. §§ 3551-3742 (excepting 18 U.S.C. §§ 3553(b)(1) and 3742(e)) and 28 U.S.C. §§ 991 through 998. The Defendant further understands that the Court will impose a sentence pursuant to the Sentencing Reform Act, as excised, and must take into account the advisory guidelines range in establishing a reasonable sentence.

### Factual and Advisory Guidelines Stipulation

6.      This Office and the Defendant understand, agree and stipulate to the Statement of Facts set forth in Attachment A hereto which this Office would prove beyond a reasonable doubt, and to the following applicable sentencing guidelines factors:

      a.      The base offense level is eighteen (18) pursuant to U.S.S.G. § 2G2.2(a)(1).

      b.      Pursuant to U.S.S.G. § 2G2.2(b)(2), there is a two (2) level increase because the depictions involved prepubescent minors or minors under the age of twelve (12). **(Subtotal: 20)**.

      c.      Pursuant to U.S.S.G. §2G2.2(b)(3)(B), there is a two (2) level increase because the offense involved distribution. **(Subtotal: 22)**.

      d.      Pursuant to U.S.S.G. §2G2.2(b)(6), there is a two (2) level increase because the offense involved the use of a computer. **(Subtotal: 24)**.

      e.      Pursuant to U.S.S.G. §2G2.2(b)(7)(D), there is a five (5) level increase because the offense involved more than 600 images. **(Subtotal: 29)**.

      f.      This Office does not oppose a two-level reduction in the Defendant's adjusted offense level, based upon the Defendant's apparent prompt recognition and affirmative *acceptance* of personal responsibility for his criminal conduct.  This Office agrees to make a motion pursuant to U.S.S.G. § 3E1.1(b) for an additional 1-level decrease in recognition of your client's acceptance of personal responsibility for his conduct.  This Office may oppose any adjustment for acceptance of responsibility if the Defendant (a) fails to admit each and every item in the factual stipulation; (b) denies involvement in the offense; (c) gives conflicting statements about his involvement in the offense; (d) is untruthful with the Court, this Office, or the United States Probation Office; (e) obstructs or attempts to obstruct justice prior to sentencing; (f) engages in any criminal conduct between the date of this agreement and the date of sentencing; or (g) attempts to withdraw his plea of guilty.  Thus, the final anticipated offense level is **26**.

7.      The Defendant understands that there is no agreement as to his criminal history or criminal history category, and that his criminal history could alter his offense level if he is a career offender or if the instant offense was a part of a pattern of criminal conduct from which he derived a substantial portion of his income.

8.      This Office and the Defendant agree that, with respect to the calculation of the advisory guidelines range,  no other offense characteristics, sentencing guidelines factors, potential departures or adjustments set forth in Chapters 2, 3, 4, or 5 of the United States Sentencing Guidelines will be raised or are in dispute.

4

### Rule 11(c)(1)(C) Plea

9.     The parties stipulate and agree pursuant to Fed. R. Crim. P. 11(c)(1)(C) that the following sentence is the appropriate disposition of this case: a sentence of thirty (30) months of incarceration and lifetime supervised release.  For the purposes of this agreement, incarceration is a sentence to the Bureau of Prisons, and does not include any form of home confinement.  This agreement does not affect the Court's discretion to impose any lawful fine or restitution.  In the event that the Court rejects this plea agreement, either party may elect to declare the agreement null and void.   Should the Defendant so elect, he will be afforded the opportunity to withdraw his plea pursuant to the provisions of Federal Rule of Criminal Procedure 11(d)(2)(A).

### Obligations of the United States Attorney's Office

10.     The parties reserve the right to bring to the Court's attention at the time of sentencing, and the Court will be entitled to consider, all relevant information concerning the Defendant's background, character and conduct.   *At the time of sentencing, this office will move to dismiss the remaining counts.*

### Restitution

11.     For purposes of sentencing, the offense of conviction constitutes a crime of violence pursuant to 18 U.S.C. § 16.  Therefore, under 18 U.S.C. §§ 3663A, 2259, and 3771, any identified victim is entitled to mandatory restitution.  The restitution could include the medical bills, compensation for time missed from work, as well as counseling costs (including travel) for any of the victims related to the incident, if any such costs exist or are reasonably projected.  18 U.S.C. §§2259, 3663A(b)(2) and (4).  The Defendant further agrees that he will fully disclose to the probation officer and to the Court, subject to the penalty of perjury, all information, including but not limited to copies of all relevant bank and financial records, regarding the current location and prior disposition of all funds obtained as a result of the criminal conduct set forth in the factual stipulation.  The Defendant further agrees to take all reasonable steps to retrieve or repatriate any such funds and to make them available for restitution.  If the Defendant does not fulfill this provision, it will be considered a material breach of this plea agreement, and this Office may seek to be relieved of its obligations under this agreement.  Defendant understands that an unanticipated amount of a restitution order will not serve as grounds to withdraw Defendant's guilty plea.   If the Defendant is incarcerated, the Defendant agrees to participate in the Bureau of Prisons Inmate Financial Responsibility Program.

### Collection of Financial Obligations

12.     The Defendant expressly authorizes the U.S. Attorney's Office to obtain a credit report in order to evaluate the Defendant's ability to satisfy any financial obligation imposed by the Court.

13.     In order to facilitate the collection of financial obligations to be imposed in connection with this prosecution, the Defendant agrees to disclose fully all assets in which the Defendant has any interest or over which the Defendant exercises control, directly or indirectly, including those held by a spouse, nominee or other third party.

14.     The Defendant will promptly submit a completed financial statement to the United States Attorney's Office, in a form this Office prescribes and as it directs. The Defendant promises that the financial statement and disclosures will be complete, accurate and truthful, and understands that any willful falsehood on the financial statement will be a separate crime and may be punished under 18 U.S.C. § 1001 by an additional five years' incarceration and fine.

## Forfeiture

15.     Your client agrees to forfeit all right, title and interest in the property seized by law enforcement authorities from his residence on December 6, 2013. He further agrees to take whatever steps are necessary to pass clear title to the property to the United States or any State authority. Those items include, but are not limited to:

     a.     Emachine Desktop Computer, s/n: PTNB60202100300E0D2700, model: ET1831-05, made in China, containing a Seagate 500GB Hard Drive, s/n: 6VMAAC1V, made in China; and

     b.     Gateway Laptop computer, s/n: NXY20AA0012230A991601, model: NV56R, made in China, containing a Seagate 500GB Hard Drive, s/n: S2WFN8DR, made in China.

## Waiver of Appeal

16.     In exchange for the concessions made by this Office and the Defendant in this plea agreement, this Office and the Defendant waive their rights to appeal as follows:

     a.     The Defendant knowingly waives all right, pursuant to 28 U.S.C. § 1291 or otherwise, to appeal the Defendant's conviction.

     b.     The Defendant and this Office knowingly waive all right, pursuant to 18 U.S.C. § 3742 or otherwise, to appeal whatever sentence in imposed (including the right to appeal any issues that relate to the establishment of the advisory guidelines range, the determination of the defendant's criminal history, the weighing of the sentencing factors, and the decision whether to impose and the calculation of any term of imprisonment, fine, order of forfeiture, order of restitution, and term or condition of supervised release).

     c.     Nothing in this agreement shall be construed to prevent the Defendant or this Office from invoking the provisions of Federal Rule of Criminal Procedure 35(a), or from appealing from any decision thereunder, should a sentence be imposed that resulted from arithmetical, technical, or other clear error.

     d.     The Defendant waives any and all rights under the Freedom of Information Act relating to the investigation and prosecution of the above captioned matter and agrees not to file any request for documents from this Office or any investigating agency.

e.      The Defendant further waives any and all motions, defenses, probable cause determinations, objections which defendant could assert to the indictment or to the Court's entry of judgment against the Defendant, and any imposition of sentence upon the Defendant consistent with this agreement.  If Defendant files a notice of appeal, notwithstanding this agreement, Defendant agrees that this case shall be remanded to the district court to determine whether Defendant is in breach of this agreement and, if so, to permit the United States to withdraw from the plea agreement.

## Obstruction or Other Violations of Law

17.     The Defendant agrees that he will not commit any offense in violation of federal, state or local law between the date of this agreement and his sentencing in this case.  In the event that the Defendant (i) engages in conduct after the date of this agreement which would justify a finding of obstruction of justice under U.S.S.G. § 3C1.1, or (ii) fails to accept personal responsibility for his conduct by failing to acknowledge his guilt to the probation officer who prepares the Presentence Report, (iii) files a motion to withdraw his guilty plea, or (iv) commits any offense in violation of federal, state or local law, then this Office will be relieved of its obligations to the Defendant as reflected in this agreement.  Specifically, this Office will be free to argue sentencing guidelines factors other than those stipulated in this agreement, and it will also be free to make sentencing recommendations other than those set out in this agreement.  As with any alleged breach of this agreement, this Office will bear the burden of convincing the Court of the Defendant's obstructive or unlawful behavior and/or failure to acknowledge personal responsibility by a preponderance of the evidence.  The Defendant acknowledges that he may not withdraw his guilty plea because this Office is relieved of its obligations under the agreement pursuant to this paragraph.

## Court Not a Party

18.     The Defendant expressly understands that the Court is not a party to this agreement.  The Defendant understands that the Court is under no obligation to accept this plea offer made pursuant to Rule 11(c)(1)(C).  The Defendant understands that neither the prosecutor, his counsel, nor the Court can make a binding prediction, promise, or representation as to what guidelines range or sentence the Defendant will receive.  The Defendant agrees that no one has made such a binding prediction or promise.

## Agreement Does Not Cover Production of Child Pornography
## Or Sexual Activity with a Minor

19.     The parties agree and understand that this plea agreement is being entered into prior to a full and complete forensic examination of the Defendant's computer(s) and other electronic media.  Should such examination result in evidence that the Defendant was involved in the production of child pornography or any sexual activity with a child, this Agreement would not prevent the United States in any way from prosecuting said offenses.

**Entire Agreement**

20.     This letter supersedes any prior understandings, promises, or conditions between this Office and the Defendant and, together with the Sealed Supplement, constitutes the complete plea agreement in this case.  The Defendant acknowledges that there are no other agreements, promises, undertakings or understandings between the Defendant and this Office other than those set forth in this letter and the Sealed Supplement and none will be entered into unless in writing and signed by all parties.

If the Defendant fully accepts each and every term and condition of this agreement, please sign and have the Defendant sign the original and return it to me promptly.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney

I have read this agreement, including the Sealed Supplement, and carefully reviewed every part of it with my attorney.  I understand it, and I voluntarily agree to it.  Specifically, I have reviewed the Factual and Advisory Guidelines Stipulation with my attorney, and I do not wish to change any part of it.  I am completely satisfied with the representation of my attorney.

10/7/14
Date

Nicholas Pedone

I am Nicholas Pedone's attorney.  I have carefully reviewed every part of this agreement, including the Sealed Supplement, with him.  He advises me that he understands and accepts its terms.  To my knowledge, his decision to enter into this agreement is an informed and voluntary one.

10/7/14
Date

Timothy A. Cook, Esq.

8

## Attachment A

*The undersigned parties hereby stipulate and agree that the following facts are true and accurate, and that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

Nicholas Paul Pedone ("Pedone"), age 40, is a resident of Abingdon, Maryland. As detailed below, Pedone has been involved in the collection and distribution of child pornography.

In March of 2013, a Special Agent in the Violent Crimes Against Children (VCAC) Section, Major Case Coordination Unit of the FBI, located in Linthicum, Maryland, reviewed an email account of another subject and observed that many of the emails in that subject's account contained child pornography images and videos, child erotica images and videos, and text indicative of an interest in child pornography and child erotica. One of the email accounts that corresponded with that subject was nickpedone443@yahoo.com, the email account controlled exclusively by Pedone ("Pedone's email account"). The subject account had sent the following two emails to Pedone:

1.    "...I really hope you and your cousin can get to enjoy each other soon. 10yol think is a great age to start some fun sex play, plus like I said you have a great cock for her to play with...."; and

2.    "... It's always nice to meet new people that agree with the idea of incest. I'm like you. I've never really experienced it for myself, but the idea does appeal to me..."

The second email contained two images depicting naked prepubescent and early pubescent males and females.

In October of 2013, using an undercover email account, the agent contacted Pedone and asked him "care to trade," to which Pedone replied, "what kind." After the agent replied "i like mostly girls 2-12," Pedone sent the agent an email that contained at least 9 images of minors engaging in sexually explicit conduct. In one image, the title of which is "1.jpg," a prepubescent female is bent over with her legs opened, exposing her vagina and anus to the camera. A pink cylindrical object is penetrating her anus.

On October 18, of 2013, the agent executed a search warrant on Pedone's email account. A review of Pedone's email account revealed that Pedone had sent and received thousands of emails containing depictions of children engaged in sexually explicit conduct, and that the emails and image files were saved in Pedone's email account. A review of the search warrant results provided by Yahoo revealed approximately 1,953 emails in the account. These emails were sent and received between Pedone and dozens of other email accounts. Many of these emails contained attached images, videos, and compressed ".zip" files. The majority of these attached files contained child pornography depicting early pubescent males and females and prepubescent males and females. Examples of the emails sent by the user of nickpedone443@yahoo.com are as follows:

1.      On April 11, 2013, Pedone sent another user an email containing 2 attached image files. The only text in the body of the message stated "Sent from my iPod." In one image, the title of which is "photo 1.jpg," an adult white male appears to be taking a picture of himself in a mirror. The male has brown hair and glasses and is wearing boxer briefs. The male is holding a small object which is similar to an iPod. In the second image, the titled of which is "photo 2.jpg," the same adult white male appears to be taking a picture of himself in a mirror. The male has brown hair and glasses. The boxer briefs are pulled down to his thighs and his penis is exposed. The male is holding the same small object as in the first image, which is similar to an iPod.

2.      On June 23, 2013, Pedone sent another user an email containing 3 attached image files. The only text in the body of the message stated "Sent from my iPad." All 3 of the image files contained visual depictions of minors engaging in sexually explicit conduct. In one image, the title of which is "photo 3.jpg," a naked prepubescent male and a naked prepubescent female are touching each other's genitalia.

3.      On June 26, 2013, Pedone sent another user an email containing 2 attached image files. The only text in the body of the message stated "Sent from my iPad." In one image, the title of which is "photo 1.jpg," Pedone appears to be taking a picture of himself in a mirror, his penis is exposed, and he is holding an iPad. The second image, the titled of which is "photo 2.jpg," depicts a white adult male's penis.

4.      On September 9, 2013, Pedone sent another user an email containing 8 attached image files. All 8 of the image files contained visual depictions of minors engaging in sexually explicit conduct. In one image, the title of which is "securedownload_012.jpg," two naked prepubescent males are performing oral sex on one another.

5.      On October 8, 2013, the user of nickpedone443@yahoo.com sent another user an email containing 10 attached image files. All 10 of the image files contained visual depictions of minors engaging in sexually explicit conduct. In one image, the title of which is "securedownload4.jpg," a naked prepubescent male is performing oral sex on another prepubescent male.

On December 6, 2013, a search warrant was executed at Pedone's residence at 1411 Crystal Ridge Court, Abingdon, Maryland. During the search warrant, investigator's seized, an Emachine desktop computer and gateway laptop computer. The items are further described as:

        a.   Emachine Desktop Computer, s/n: PTNB60202100300E0D2700, model: ET1831-05, made in China, containing a Seagate 500GB Hard Drive, s/n: 6VMAAC1V, made in China; and

        b.   Gateway Laptop computer, s/n: NXY20AA0012230A991601, model: NV56R, made in China, containing a Seagate 500GB Hard Drive, s/n: S2WFN8DR, made in China.

Pedone voluntarily spoke to investigators and provided the following information:

- Pedone was married in 1995.
- Pedone lives in his parents' house with his parents, his wife and their teenage son;
- Pedone has been employed for 13 years at a grocery store where he is currently an overnight stock grocery team leader and supervises two employees.
- Pedone stated that his family observed him viewing child pornography and thereafter prohibited him from using the computer or the internet without their permission, attempted to block access to the internet, and that the computer in the home was password protected;
- Pedone initially stated that he does not know the password to log on to the computer, that he does not have a current email address, that he does not access the internet, and that he had not viewed pornography since he was a teenager.
- Pedone later admitted to having been untruthful about his use of the computer, email, the internet, and viewing pornography.
- Pedone is the sole user of nickpedone443@yahoo.com, and the password to the account is bigdick74.
- Pedone views child pornography on the desktop computer;
- Unbeknownst to other family members, Pedone knows the password to the computer and accesses the computer and the internet when the rest of the family is asleep.
- Pedone meets other people on two websites that he joined: social-incest and family4love;
- Pedone exchanges emails with attached files of child pornography with people he meets on these websites. Pedone downloads the images of child pornography to the desktop computer and deletes the images every day, although there may currently be approximately 15 images of child pornography on the computer that he forgot to delete.
- Pedone sends child pornography to other people, and he currently has numerous emails with attached child pornography in his email account;
- Pedone accesses his email to view child pornography when everyone else is asleep, he does this almost every day, and he last accessed child pornography on the morning of December 5, 2013, when he returned home from work.
- Pedone masturbates when he views child pornography;
- Pedone in interested in incest.
- Pedone uses other computer devices to access his email account and view child pornography, including his iPod, his wife's laptop, and his son's iPad;
- Pedone has told other people that he chats with that he is sexually active with a 10 year old niece. Pedone does not have a 10-year old niece; and
- Pedone viewed 5 printed emails with attachments of child pornography and admitted to having sent the emails and attachments.

During the interview, Pedone asked to speak to his mother in front of investigators. When his mother entered the room, Pedone explained that he had been viewing child pornography of boys and girls on the computer, that he "used to get something from it," and that he is trying to quit and that he knows it is wrong.

During a forensic examination of the seized items, images of child pornography were found on the Emachine Desktop computer and Gateway Laptop computer. The examination also revealed numerous communications between Pedone and other individuals that related to possessing and sharing child pornography. An example of those communications is attached to this plea agreement as Attachment B, and contains the "chats" between Pedone and the Skype user "Sweet4mysweet."

The child pornography that Pedone possessed was transported in or affecting interstate or foreign commerce when Pedone received and distributed the child pornography using his email account.

I have reviewed the foregoing statement of facts with my attorney, understand it, agree with it, and do not wish to change any part of it. I further understand that it is included as part of my plea agreement with the government in this case

Nicholas Pedone

I am Mr. Pedone's attorney. I have carefully reviewed the statement of facts with him.

Timothy A. Cook, Esquire
Counsel for Nicholas Pedone

4

*ATTACHMENT B*

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|--------|---------------------------------------------|--------|-------------------|---------|----------------|---------|
| 159 | 2013-07-11 17:16:37 (Local Time) (not timezone converted) | nick.pedone | nick pedone | Hi love of my own life, I&apos;d like to add you as a contact. nick pedone | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 160 | 7/11/2013 17:16 | nick.pedone | nick pedone | nick.pedone | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 161 | 7/11/2013 17:16 | nick.pedone | nick pedone | nick.pedone | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 162 | 7/11/2013 17:16 | sweet4mysweet | love of my own life | User was granted authorization. Notification message that user Is now an authorized contact of the local user. | Read | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 163 | 7/11/2013 17:17 | nick.pedone | nick pedone | nick.pedone, sweet4mysweet | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 164 | 7/11/2013 17:18 | sweet4mysweet | love of my own life | hey | Read | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 165 | 7/11/2013 17:18 | nick.pedone | nick pedone | can i see your mate | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 166 | 7/11/2013 17:18 | sweet4mysweet | love of my own life | no he dnt do cam | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 167 | 7/11/2013 17:19 | nick.pedone | nick pedone | oh ok | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 168 | 7/11/2013 17:19 | sweet4mysweet | love of my own life | im perving ova boy porn | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 169 | 7/11/2013 17:19 | nick.pedone | nick pedone | cool where | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 170 | 7/11/2013 17:19 | sweet4mysweet | love of my own life | om my comp | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 171 | 7/11/2013 17:19 | nick.pedone | nick pedone | nice | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 172 | 7/11/2013 17:20 | nick.pedone | nick pedone | how old is your mate | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 173 | 7/11/2013 17:21 | sweet4mysweet | love of my own life | 40 | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 174 | 7/11/2013 17:21 | nick.pedone | nick pedone | wow and you | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 175 | 7/11/2013 17:21 | sweet4mysweet | love of my own life | 20 | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 176 | 7/11/2013 17:22 | nick.pedone | nick pedone | cool how old are your brothers | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 177 | 7/11/2013 17:22 | sweet4mysweet | love of my own life | 2 and 6 | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 178 | 7/11/2013 17:22 | nick.pedone | nick pedone | awesome id love too see pics | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |

000069

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 179 | 7/11/2013 17:22 | sweet4mysweet | love of my own life | do u have any to swap | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 180 | 7/11/2013 17:23 | nick.pedone | nick pedone | ican get some | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 181 | 7/11/2013 17:23 | sweet4mysweet | love of my own life | get some i will swap with u | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 182 | 7/11/2013 17:23 | nick.pedone | nick pedone | here? | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 183 | 7/11/2013 17:24 | sweet4mysweet | love of my own life | yeah | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 184 | 7/11/2013 17:24 | nick.pedone | nick pedone | ok | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 185 | 7/11/2013 17:24 | sweet4mysweet | love of my own life | _5TC9YTS5.jpg | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 186 | 7/11/2013 17:25 | nick.pedone | nick pedone | whos that | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 187 | 7/11/2013 17:26 | sweet4mysweet | love of my own life | my mates boy | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 188 | 7/11/2013 17:26 | nick.pedone | nick pedone | hes cute | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 189 | 7/11/2013 17:27 | sweet4mysweet | love of my own life | send me one | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 190 | 7/11/2013 17:27 | nick.pedone | nick pedone . | ok | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 191 | 7/11/2013 17:29 | sweet4mysweet | love of my own life | what porn u got | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 193 | 7/11/2013 17:29 | nick.pedone | nick pedone | it wont letme send a | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 194 | 7/11/2013 17:30 | nick.pedone | nick pedone | _5TC9YTS5.jpg | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 196 | 7/11/2013 17:31 | sweet4mysweet | love of my own life | i sent u that | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 197 | 7/11/2013 17:32 | nick.pedone | nick pedone | oh i got it from someone else too | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 198 | 7/11/2013 17:32 | sweet4mysweet | love of my own life | send me another one | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 199 | 7/11/2013 17:32 | nick.pedone | nick pedone | ok | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 200 | 7/11/2013 17:33 | nick.pedone | nick pedone | htmlimage.jpg | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 201 | 7/11/2013 17:34 | sweet4mysweet | love of my own life | 47ebb4aa.jpg | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |

000070

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 202 | 7/11/2013 17:34 | sweet4mysweet | love of my own life | 123j.PNG | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 203 | 7/11/2013 17:35 | nick.pedone | nick pedone | who are they | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 204 | 7/11/2013 17:37 | sweet4mysweet | love of my own life | dunno | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 205 | 7/11/2013 17:37 | sweet4mysweet | love of my own life | send me more | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 206 | 7/11/2013 17:38 | nick.pedone | nick pedone | htmlimage2.jpg | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 208 | 7/11/2013 17:39 | sweet4mysweet | love of my own life | nice | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 209 | 7/11/2013 17:39 | nick.pedone | nick pedone | ty | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 210 | 7/11/2013 17:40 | nick.pedone | nick pedone | when will your brothers be home | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 211 | 7/11/2013 17:40 | sweet4mysweet | love of my own life | tomorow | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 212 | 7/11/2013 17:41 | nick.pedone | nick pedone | what time | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 213 | 7/11/2013 17:41 | sweet4mysweet | love of my own life | 4 | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 214 | 7/11/2013 17:42 | nick.pedone | nick pedone | do you have picof them | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 215 | 7/11/2013 17:42 | sweet4mysweet | love of my own life | no only have a couple | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 216 | 7/11/2013 17:43 | nick.pedone | nick pedone | send | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 217 | 7/11/2013 17:43 | nick.pedone | nick pedone | htmlimage.jpg | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 218 | 7/11/2013 17:46 | nick.pedone | nick pedone | can i see your pic of your bros | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 219 | 7/11/2013 17:47 | sweet4mysweet | love of my own life | 32551335mwp.jpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 220 | 7/11/2013 17:48 | nick.pedone | nick pedone | they are cute any nudes of them | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 221 | 7/11/2013 17:50 | sweet4mysweet | love of my own life | no nudes | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 222 | 7/11/2013 17:50 | sweet4mysweet | love of my own life | brb | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 223 | 7/11/2013 17:52 | sweet4mysweet | love of my own life | 030030sw4jxssx9lelxs7x.jpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |

000071

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 224 | 7/11/2013 17:52 | sweet4mysweet | love of my own life | _5TC9YTS5.jpg | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 225 | 7/11/2013 17:52 | nick.pedone | nick pedone | can you get nudes of them | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 226 | 7/11/2013 17:52 | sweet4mysweet | love of my own life | no | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 227 | 7/11/2013 17:53 | sweet4mysweet | love of my own life | i dnt shair nudes of them | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 228 | 7/11/2013 17:54 | sweet4mysweet | love of my own life | what would u do to my ynger bro | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 229 | 7/11/2013 17:54 | nick.pedone | nick pedone | suck and lick him | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 230 | 7/11/2013 17:55 | sweet4mysweet | love of my own life | nice where u from | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 231 | 7/11/2013 17:55 | nick.pedone | nick pedone | usa | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 232 | 7/11/2013 17:55 | sweet4mysweet | love of my own life | shame im uk | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 233 | 7/11/2013 17:55 | nick.pedone | nick pedone | yeah | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 234 | 7/11/2013 17:55 | sweet4mysweet | love of my own life | id let u molest me like a baby | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 235 | 7/11/2013 17:56 | nick.pedone | nick pedone | cool <ss type="smile">:)</ss> | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 236 | 7/11/2013 17:57 | sweet4mysweet | love of my own life | IMG_1390.JPG | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 237 | 7/11/2013 17:57 | sweet4mysweet | love of my own life | still here just turning my cam off for a min | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 238 | 7/11/2013 17:57 | nick.pedone | nick pedone | nick.pedone, sweet4mysweet | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 239 | 7/11/2013 17:57 | nick.pedone | nick pedone | nice who is that | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 240 | 7/11/2013 17:58 | sweet4mysweet | love of my own life | come baby i know | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 241 | 7/11/2013 17:58 | nick.pedone | nick pedone | cool | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 242 | 7/11/2013 17:58 | sweet4mysweet | love of my own life | woukd u fuck a baby | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 243 | 7/11/2013 17:59 | nick.pedone | nick pedone | yeah | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 244 | 7/11/2013 17:59 | sweet4mysweet | love of my own life | how yng | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |

000072

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 245 | 7/11/2013 17:59 | nick.pedone | nick pedone | 3 | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 246 | 7/11/2013 17:59 | sweet4mysweet | love of my own life | would u force him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 247 | 7/11/2013 17:59 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 248 | 7/11/2013 18:00 | sweet4mysweet | love of my own life | u into piss | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 249 | 7/11/2013 18:00 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 250 | 7/11/2013 18:02 | nick.pedone | nick pedone | you got any pics | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 251 | 7/11/2013 18:02 | sweet4mysweet | love of my own life | ----------------.MPG | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 252 | 7/11/2013 18:03 | nick.pedone | nick pedone | awesome | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 253 | 7/11/2013 18:03 | sweet4mysweet | love of my own life | send one back | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 254 | 7/11/2013 18:03 | nick.pedone | nick pedone | ok | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 255 | 7/11/2013 18:06 | sweet4mysweet | love of my own life | lbabsey1.jpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 256 | 7/11/2013 18:06 | nick.pedone | nick pedone | cool | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 257 | 7/11/2013 18:06 | sweet4mysweet | love of my own life | send me a vid | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 258 | 7/11/2013 18:08 | sweet4mysweet | love of my own life | please | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 259 | 7/11/2013 18:08 | nick.pedone | nick pedone | im trying | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 260 | 7/11/2013 18:11 | nick.pedone | nick pedone | Video - 41.wmv | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 261 | 7/11/2013 18:12 | nick.pedone | nick pedone | its boy girl | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 262 | 7/11/2013 18:16 | nick.pedone | nick pedone | well | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 263 | 7/11/2013 18:16 | sweet4mysweet | love of my own life | brothers.mpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 264 | 7/11/2013 18:19 | sweet4mysweet | love of my own life | 351.jpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 265 | 7/11/2013 18:19 | sweet4mysweet | love of my own life | 221.jpg | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |

000073

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 266 | 7/11/2013 18:19 | sweet4mysweet | love of my own life | 55+(1).jpg | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 267 | 7/11/2013 18:20 | nick.pedone | nick pedone | aesome | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 268 | 7/11/2013 18:20 | sweet4mysweet | love of my own life | u like | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 269 | 7/11/2013 18:21 | sweet4mysweet | love of my own life | show me ur pedo cock | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 270 | 7/11/2013 18:21 | nick.pedone | nick pedone | ok | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 271 | 7/11/2013 18:22 | sweet4mysweet | love of my own life | sweet4mysweet, nick.pedone | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 272 | 7/11/2013 18:22 | nick.pedone | nick pedone | sweet4mysweet, nick.pedone | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 273 | 7/11/2013 18:22 | nick.pedone | nick pedone | nick.pedone, sweet4mysweet | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 274 | 7/11/2013 18:22 | sweet4mysweet | love of my own life | id be ur sicko lil boy | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 275 | 7/11/2013 18:23 | sweet4mysweet | love of my own life | do anything u told me for a taste of that pedo cock | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 276 | 7/11/2013 18:23 | nick.pedone | nick pedone | ok | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 277 | 7/11/2013 18:23 | sweet4mysweet | love of my own life | woukd u rape me | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 278 | 7/11/2013 18:24 | nick.pedone | nick pedone | yes | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 279 | 7/11/2013 18:24 | sweet4mysweet | love of my own life | tell me how old i would be and what u would do | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 280 | 7/11/2013 18:24 | nick.pedone | nick pedone | Australian clip of naked boys.mp4 | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 281 | 7/11/2013 18:24 | nick.pedone | nick pedone | id fuckyou hard and deep | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 282 | 7/11/2013 18:24 | sweet4mysweet | love of my own life | how old would i be | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 283 | 7/11/2013 18:24 | nick.pedone | nick pedone | 4 | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 284 | 7/11/2013 18:25 | sweet4mysweet | love of my own life | mmmmmmmm fucking hot man | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 285 | 7/11/2013 18:25 | nick.pedone | nick pedone | ty | Sent | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |
| 286 | 7/11/2013 18:25 | sweet4mysweet | love of my own life | u ever mess with boys | Read | #nick.pedone;$sweet4mysweet;fc184bb10500ee40 |

000074

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 287 | 7/11/2013 18:25 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 288 | 7/11/2013 18:25 | sweet4mysweet | love of my own life | who u mess wiht | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 289 | 7/11/2013 18:25 | nick.pedone | nick pedone | my little cousin | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 290 | 7/11/2013 18:25 | sweet4mysweet | love of my own life | how old is he | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 291 | 7/11/2013 18:26 | nick.pedone | nick pedone | 10 | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 292 | 7/11/2013 18:26 | sweet4mysweet | love of my own life | u force him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 293 | 7/11/2013 18:26 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 294 | 7/11/2013 18:26 | sweet4mysweet | love of my own life | thats hot how long u been messing wiht him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 295 | 7/11/2013 18:26 | nick.pedone | nick pedone | a year | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 296 | 7/11/2013 18:27 | sweet4mysweet | love of my own life | how u get him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 297 | 7/11/2013 18:27 | nick.pedone | nick pedone | baby sit him | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 298 | 7/11/2013 18:27 | sweet4mysweet | love of my own life | u ever babysit him there where u are now | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 299 | 7/11/2013 18:27 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 300 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | would u go on cam with him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 301 | 7/11/2013 18:28 | nick.pedone | nick pedone | maybe | Sent | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 302 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | what u do to him | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 304 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 305 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 306 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | nick.pedone, sweet4mysweet | Read | #nick.pedone/$sweet4mysweet;fc184bb10500ee40 |
| 307 | 7/11/2013 18:28 | sweet4mysweet | love of my own life | sweet4mysweet, nick.pedone | Read | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 310 | 7/11/2013 18:29 | nick.pedone | nick pedone | | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |

000075

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 311 | 7/11/2013 18:29 | nick.pedone | nick pedone | | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 313 | 7/11/2013 18:30 | nick.pedone | nick pedone | hi | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 314 | 7/11/2013 18:30 | nick.pedone | nick pedone | sweet4mysweet, nick.pedone, vivan.patel3 | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 317 | 7/11/2013 18:30 | nick.pedone | nick pedone | yes | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 319 | 7/11/2013 18:31 | sweet4mysweet | love of my own life | sweet4mysweet, nick.pedone, vivan.patel3 | Read | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 321 | 7/11/2013 18:32 | nick.pedone | nick pedone | hey | Sent | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 323 | 7/11/2013 18:33 | nick.pedone | nick pedone | fuck him | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 325 | 7/11/2013 18:33 | sweet4mysweet | love of my own life | when u next babysitting him | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 326 | 7/11/2013 18:33 | sweet4mysweet | love of my own life | sweet4mysweet, nick.pedone, vivan.patel3 | Read | #sweet4mysweet/$nick.pedone;d9dbf9ac5ee81127 |
| 327 | 7/11/2013 18:33 | nick.pedone | nick pedone | tommorrw | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 328 | 7/11/2013 18:33 | sweet4mysweet | love of my own life | sweet4mysweet, nick.pedone | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 329 | 7/11/2013 18:34 | sweet4mysweet | love of my own life | nice would u do it then | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 330 | 7/11/2013 18:34 | nick.pedone | nick pedone | maybe | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 331 | 7/11/2013 18:35 | sweet4mysweet | love of my own life | id love to cv u molest his tiny cock | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 332 | 7/11/2013 18:35 | nick.pedone | nick pedone | same with your bros | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 333 | 7/11/2013 18:35 | sweet4mysweet | love of my own life | gets my cock rock hard | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 334 | 7/11/2013 18:35 | nick.pedone | nick pedone | me too | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 335 | 7/11/2013 18:35 | sweet4mysweet | love of my own life | whats the yngest u messed with | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 336 | 7/11/2013 18:36 | nick.pedone | nick pedone | 10 | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 337 | 7/11/2013 18:38 | nick.pedone | nick pedone | can you get your mate to suck you | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 338 | 7/11/2013 18:38 | sweet4mysweet | love of my own life | no he dnt like it | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |

000076

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 339 | 7/11/2013 18:39 | nick.pedone | nick pedone | oh | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 340 | 7/11/2013 18:39 | nick.pedone | nick pedone | suck him | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 341 | 7/11/2013 18:39 | sweet4mysweet | love of my own life | no | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 342 | 7/11/2013 18:39 | nick.pedone | nick pedone | ok | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 343 | 7/11/2013 18:39 | sweet4mysweet | love of my own life | whats the sickest thing u would do to my yngest brother | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 347 | 7/11/2013 18:40 | nick.pedone | nick pedone | finger him while sucking him | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 349 | 7/11/2013 18:41 | nick.pedone | nick pedone | sweet4mysweet, nick.pedone | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 351 | 7/11/2013 18:41 | sweet4mysweet | love of my own life | im still here just taking ages with the cam on for vods to send | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 353 | 7/11/2013 18:42 | nick.pedone | nick pedone | ok | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 356 | 7/11/2013 18:47 | sweet4mysweet | love of my own life | hot | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 357 | 7/11/2013 18:48 | nick.pedone | nick pedone | ok | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 358 | 7/11/2013 18:48 | sweet4mysweet | love of my own life | Canuck 8yo sleeping boy.wmv | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 359 | 7/11/2013 18:49 | nick.pedone | nick pedone | cool | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 361 | 7/11/2013 18:52 | sweet4mysweet | love of my own life | u ne more | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 362 | 7/11/2013 18:53 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 363 | 7/11/2013 18:53 | sweet4mysweet | love of my own life | send me another | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 364 | 7/11/2013 18:55 | sweet4mysweet | love of my own life | are u wanking | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 365 | 7/11/2013 18:55 | nick.pedone | nick pedone | yes | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 371 | 7/11/2013 19:01 | sweet4mysweet | love of my own life | send me another vid | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 372 | 7/11/2013 19:02 | nick.pedone | nick pedone | i dont have anymore right now | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 373 | 7/11/2013 19:04 | sweet4mysweet | love of my own life | u have more piks | Read | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |

000077

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 374 | 7/11/2013 19:04 | nick.pedone | nick pedone | no not now | Sent | #nick.pedone/$sweet4mysweet;faf39500aed9e5cb |
| 376 | 7/15/2013 14:10 | nick.pedone | nick pedone | hi | Sending | #nick.pedone/$sweet4mysweet;3831054f060ea056 |
| 911 | 8/19/2013 23:15 | sweet4mysweet | love of my own life | Hey | Read | #nick.pedone/$sweet4mysweet;fdd09bd426a787c |
| 912 | 8/19/2013 23:15 | nick.pedone | nick pedone | hey | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 913 | 8/19/2013 23:15 | sweet4mysweet | love of my own life | Hows u | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 914 | 8/19/2013 23:16 | nick.pedone | nick pedone | horny | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 915 | 8/19/2013 23:16 | sweet4mysweet | love of my own life | Me too im stoned and in a nasty mood | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 916 | 8/19/2013 23:17 | nick.pedone | nick pedone | you nude | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 917 | 8/19/2013 23:17 | sweet4mysweet | love of my own life | Hell yeah rock hard to | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 919 | 8/19/2013 23:17 | nick.pedone | nick pedone | show me | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 920 | 8/19/2013 23:18 | sweet4mysweet | love of my own life | Im on mobile | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 921 | 8/19/2013 23:19 | nick.pedone | nick pedone | send me a pic | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 922 | 8/19/2013 23:19 | sweet4mysweet | love of my own life | Ok 1min | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 923 | 8/19/2013 23:20 | nick.pedone | nick pedone | cool | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 926 | 8/19/2013 23:22 | sweet4mysweet | love of my own life | 2013-08-20 00.21.17.jpg | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 928 | 8/19/2013 23:22 | sweet4mysweet | love of my own life | Sorry bout the guality lol | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 929 | 8/19/2013 23:22 | nick.pedone | nick pedone | securedownloadCAEVUHQC.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 934 | 8/19/2013 23:25 | sweet4mysweet | love of my own life | What u in the mood for | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 936 | 8/19/2013 23:25 | nick.pedone | nick pedone | preteen pics | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 940 | 8/19/2013 23:29 | nick.pedone | nick pedone | you? | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 941 | 8/19/2013 23:29 | sweet4mysweet | love of my own life | I dont have piks o.n yhis fone | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |

000078

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 942 | 8/19/2013 23:30 | nick.pedone | nick pedone | ok | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 943 | 8/19/2013 23:30 | sweet4mysweet | love of my own life | U like to chat pre | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 945 | 8/19/2013 23:30 | nick.pedone | nick pedone | yes | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 948 | 8/19/2013 23:30 | sweet4mysweet | love of my own life | Nice how sick u get | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 950 | 8/19/2013 23:31 | nick.pedone | nick pedone | very | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 952 | 8/19/2013 23:31 | sweet4mysweet | love of my own life | Mmmmmm very nice | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 954 | 8/19/2013 23:31 | sweet4mysweet | love of my own life | Me to sicker yhe better | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 956 | 8/19/2013 23:31 | nick.pedone | nick pedone | 136692770334320.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 959 | 8/19/2013 23:32 | sweet4mysweet | love of my own life | Mmmmmmmmmmmmm | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 960 | 8/19/2013 23:33 | sweet4mysweet | love of my own life | Dont send any morr yo risky on my fome | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 961 | 8/19/2013 23:33 | nick.pedone | nick pedone | ok | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 963 | 8/19/2013 23:33 | sweet4mysweet | love of my own life | But the things I would di to them | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 966 | 8/19/2013 23:34 | sweet4mysweet | love of my own life | What would u do | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 971 | 8/19/2013 23:35 | nick.pedone | nick pedone | suck him | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 975 | 8/19/2013 23:36 | sweet4mysweet | love of my own life | Is that all | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 977 | 8/19/2013 23:36 | nick.pedone | nick pedone | fuck him | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 980 | 8/19/2013 23:38 | sweet4mysweet | love of my own life | Id make him clean my cock and my ass | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 982 | 8/19/2013 23:39 | nick.pedone | nick pedone | mmmmmm | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 983 | 8/19/2013 23:39 | sweet4mysweet | love of my own life | My nasty smelly cock head and dirty ass hoke | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 989 | 8/19/2013 23:48 | nick.pedone | nick pedone | cool | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 993 | 8/19/2013 23:50 | sweet4mysweet | love of my own life | Send me a nasty pik | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |

000079

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|---|---|---|---|---|---|---|
| 995 | 8/19/2013 23:51 | nick.pedone | nick pedone | 136710239792520.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 997 | 8/19/2013 23:51 | sweet4mysweet | love of my own life | Nastier | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 998 | 8/19/2013 23:52 | nick.pedone | nick pedone | securedownloadCAQ6G7GP.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1003 | 8/19/2013 23:56 | sweet4mysweet | love of my own life | U got any with shit | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1005 | 8/19/2013 23:57 | nick.pedone | nick pedone | no | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1007 | 8/19/2013 23:57 | sweet4mysweet | love of my own life | Aww u nr of v yng | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1011 | 8/19/2013 23:58 | nick.pedone | nick pedone | no | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1020 | 8/20/2013 0:08 | sweet4mysweet | love of my own life | U do.e yng | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1021 | 8/20/2013 0:09 | nick.pedone | nick pedone | yes | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1023 | 8/20/2013 0:09 | sweet4mysweet | love of my own life | Yngest u done | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1024 | 8/20/2013 0:10 | nick.pedone | nick pedone | 10 | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1028 | 8/20/2013 0:13 | sweet4mysweet | love of my own life | Mmm wgat u do | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1030 | 8/20/2013 0:14 | nick.pedone | nick pedone | fucked and sucked | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1032 | 8/20/2013 0:15 | sweet4mysweet | love of my own life | Did u make him | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1033 | 8/20/2013 0:16 | nick.pedone | nick pedone | yes | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1034 | 8/20/2013 0:18 | sweet4mysweet | love of my own life | How sick did u get | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1035 | 8/20/2013 0:18 | nick.pedone | nick pedone | very | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1036 | 8/20/2013 0:18 | sweet4mysweet | love of my own life | Do tell | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1037 | 8/20/2013 0:19 | nick.pedone | nick pedone | we pee on each other | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1038 | 8/20/2013 0:19 | sweet4mysweet | love of my own life | Who.is he | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1039 | 8/20/2013 0:19 | sweet4mysweet | love of my own life | U ne piks of him | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |

000080

| Record | Message Sent Date/Time - (UTC) (MM/dd/yyyy) | Author | From Display Name | Message | Message Status | Chat ID |
|--------|---------------------------------------------|--------|-------------------|---------|----------------|---------|
| 1040 | 8/20/2013 0:20 | nick.pedone | nick pedone | no | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1042 | 8/20/2013 0:20 | sweet4mysweet | love of my own life | Shame them pika was getting me hot | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1043 | 8/20/2013 0:22 | sweet4mysweet | love of my own life | Send another pik | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1044 | 8/20/2013 0:22 | nick.pedone | nick pedone | 3.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1046 | 8/20/2013 0:23 | nick.pedone | nick pedone | 136710300217000.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1048 | 8/20/2013 0:25 | sweet4mysweet | love of my own life | Send again | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1049 | 8/20/2013 0:25 | nick.pedone | nick pedone | 136710300217000.jpg | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1050 | 8/20/2013 0:28 | sweet4mysweet | love of my own life | It dont matter | Read | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |
| 1068 | 8/20/2013 0:41 | nick.pedone | nick pedone | where are you now | Sent | #sweet4mysweet/$nick.pedone;104cc20ab55c2673 |

000081